**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**SENTENCING**

UNITED STATES OF AMERICA,

          **Plaintiff,**

v.                            **Case No. 23-20010-02-DDC**

DOUGLAS EDWARD ROBERTSON (02),

          **Defendant.**

                                    **Attorney for Government: Ryan Huschka**
                                    **Attorney for Defendant: Branden A. Bell**

| JUDGE: | Daniel D. Crabtree | DATE: | 6/9/2026 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Lundell |

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663          $ _____  on count(s)
                                          $ _____  on count(s)

☐  **Total Restitution:**                  $ _____

☒  Defendant Fined                    $ ___10,000.00___  on counts 1, 5, 6, and 23 of Second Superseding Indictment
                                          $ _____  on count(s)

☒  **Total Fine:**                       $ **10,000.00**

☒  Defendant Assessed under 18:3013    $ ____100.00____  on count 1 of Second Superseding Indictment
                                          $ ____100.00____  on count 5 of Second Superseding Indictment
                                          $ ____100.00____  on count 6 of Second Superseding Indictment
                                          $ ____100.00____  on count 23 of Second Superseding Indictment

☒  **Total Assessment:**             **$ 400.00**

☒  Indictment, Superseding Indictment, and Counts 2-4, 7, 8-13, 14-22, and 24-26 of the Second Superseding Indictment to be dismissed by the court on the motion of the United States without objection.
☒  Government  ☒  Defendant    - Advised of right to appeal
☒  Defendant to voluntarily surrender.
☐  Defendant remanded to custody.
☐  Stay of Execution    ☐ Granted      ☐ Denied
☒  Notes:  Defendant appears in person with counsel.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 32 months on each of Counts 1, 5, 6, and 23 of the Second Superseding Indictment to run concurrently.  The court recommends designation as near as possible to the greater Kansas City metropolitan area on the defendant's request.